**Order entered May 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00353-CV

**MANSIK & YOUNG PLAZA LLC; YOUNG HO KIM; SUN HUI KIM; AND DAVID KIM, Appellants**

**V.**

**K-TOWN MANAGEMENT, LLC D/B/A KTN US; IP INVESTMENTS, LTD.; ODES H. KIM; JI HONG PARK; AND CHUL SEUNG PARK, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12729**

## ORDER

We **GRANT** appellants' May 15, 2015 unopposed second motion to extend time to file brief and **ORDER** the brief be filed no later than May 22, 2015. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/      CRAIG STODDART
JUSTICE